*Herbert Somerson,* with him *Zarwin, Prince, Baum, Steerman & Somerson,* for appellants.

*Ronald N. Rutenberg,* with him *Rutenberg, Rutenberg, Rutenberg and Rutenberg,* for appellee.

OPINION PER CURIAM, March 20, 1970:
Decree affirmed.  Appellants to pay costs.
MR. Chief Justice BELL took no part in the consideration or decision of this case.

Old Home Association of Antrim *v.* Janeski et ux., Appellants.

Argued October 3, 1969.  Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

578

*Sidney A. Simon,* for appellants.

No argument was made nor brief submitted for appellee.

OPINION PER CURIAM, March 20, 1970:
Decree affirmed. Each party to pay own costs.
Mr. Justice COHEN dissents.

## Commonwealth v. Norman, Appellant.

Submitted January 5, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Albert Norman,* appellant, in propria persona.

*Arthur Ed. Saylor,* First Assistant District Attorney, and *Robert L. Van Hoove,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 20, 1970:
This is an appeal from a denial of appellant's Post Conviction Hearing Act petition. Although there is no indication that counsel had been waived, appellant has submitted to us a *pro se* brief. Accordingly, this case is remanded to the trial court for the appointment of